UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Buckley</u>

            v.            Civil No. 10-cv-142-JD

<u>United States of America</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 7, 2011, no objection having been filed.

SO ORDERED.

February 4, 2011                    <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

cc:    Raymond Kelly, Esq.
        Gretchen Leah Witt, Esq.